# PELTON & ASSOCIATES, PC

ATTORNEYS AT LAW

111 BROADWAY, SUITE 1503, NEW YORK, NY 10006
PHONE: (212) 385-9700 | FAX: (212) 385-0800 | WEBSITE: www.peltonlaw.com

**BRENT E. PELTON**  November 8, 2013
E-MAIL: pelton@peltonlaw.com

<u>VIA ECF</u>

Magistrate Judge Joan M. Azrack
United States District Court
Eastern District of New York
225 Cadman Plaza East, Room 605N
Brooklyn, NY 11201

        Re: *Hoyos, et al. v. Jet Overall Uniform Services, Inc., et al.*, 13-cv-266 (JG) (JMA)

Dear Judge Azrack:

      This firm represents Plaintiff Luis Hoyos in the above-referenced matter. On September 9, 2013, a settlement conference was held with Your Honor. Although the parties did not reach a settlement on that day, they continued to negotiate over the next few weeks.

      The parties are now pleased to inform you that the case has settled and the parties have fully negotiated a settlement agreement. The parties have consented to Your Honor's jurisdiction over the above-referenced matter for the settlement approval process.

      Please advise as to what steps the parties must take to obtain Your Honor's approval of the settlement and/or dismissal of the action. The parties would be happy to simply file a stipulation of dismissal, unless Your Honor requires additional information.

      Thank you for your attention to this matter. Should you have any questions regarding this request feel free to contact the undersigned.

        Respectfully submitted,

        */s/ Brent E. Pelton*

        Brent E. Pelton of
        PELTON & ASSOCIATES, PC

Cc: Alan B. Pearl, via ECF